No. 88–6356. NUCCIO v. BUTLER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 88–6405. MELLO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–6482. SMITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–6574. CRANDALL v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 88–6579. SCULL v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 88–6678. BONANNO v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 88–6700. CURRY v. BLANNOCK. C. A. 4th Cir. Certiorari denied.

No. 88–6713. BIRDO v. MCCOTTER ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6714. HICKS v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 88–6717. MCNEILL v. ARIZONA PUBLIC SERVICE CO. Ct. App. Ariz. Certiorari denied.

No. 88–6720. SILLS v. TERRY, ATTORNEY GENERAL OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 88–6726. ASBERRY v. UNITED STATES POSTAL SERVICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 88–6730. HUNTER v. SAVAGE, RECORDS MANAGER, SOUTHERN NEW MEXICO CORRECTIONAL FACILITY. Dist. Ct. N. M., 3d Jud. Dist. Certiorari denied.

No. 88–6733. AMAN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–6734. ADAMO v. HOTEL, MOTEL, BARTENDERS, COOKS & RESTAURANT WORKERS UNION LOCAL 24 ET AL. C. A. 6th Cir. Certiorari denied.